**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JERRY FRIEDMAN; and FM SERVICE                                                              PLAINTIFFS
EQUIPMENT GROUP, INC.

v.                                      NO. 5:13CV00027 JLH

KELLY FARMER, individually and in his
capacity as an officer of Arkat Nutrition, Inc.;
JOHN FARMER, individually and in his capacity
as an officer of Arkat Nutrition, Inc.;
ARKAT NUTRITION, INC.; AINSWORTH
PET NUTRITION, INC.; and JOHN DOE(S)                                                         DEFENDANTS

## ORDER

Pursuant to the Opinion and Order ruling on the motions for summary judgment and the Order ruling on Ainsworth Pet Nutrition's motion to dismiss and the motion to dismiss the claims against Arkat Nutrition, Inc., all claims asserted by all parties in this action are dismissed. Ainsworth Pet Nutrition's cross-claims are dismissed without prejudice. All other claims are dismissed with prejudice.

IT IS SO ORDERED this 2nd day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE